PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Laura Burtula             Cr.: 04-769-01
                                                   PACTS Number: 40937

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 07/26/05

Original Offense: Wire fraud; tax evasion

Original Sentence: 37 months imprisonment; 3 years supervised release

Type of Supervision: TSR                        Date Supervision Commenced: 09/10/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows.

It is further ordered that the offender shall make restitution in the amount of 354,434. The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and forwarded to the Clerk of the Court in Trenton, New Jersey, for distribution to the victims. The offender shall satisfy the amount due in monthly installments of no less than $20.

The offender shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence that occurs while any portions of the restitution remains unpaid.

## CAUSE

Due to the offender's on-going breast cancer treatment and inability to work, we recommend that her mandatory restitution payments be lowered to $20 per month.

Respectfully Submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 02/06/09

PROB 12B - Page 2
Laura Burtula

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2-20-09
Date