UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 04-769-01 |
| v. | : | O R D E R |
| LAURA BUTURLA, | : | |

The defendant having filed a motion for termination of Supervised Release,

It is on the day 18th of MARCH, 2010

ORDERED that defendant's motion for termination of Supervised Release is hereby GRANTED.

                                                    S/Joseph A. Greenaway, Jr.
                                                  JOSEPH A. GREENAWAY, JR. USCJ.*

                                                            *sitting by designation